**Mildred S. COHEN, Doing Business as Port Orchard Department Store, Appellant, v. Chester BOWLES, Administrator, Office of Price Administration, Appellee.**

**No. 11153.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 26, 1945.

Frederick B. Cohen, of Bremerton, Wash., for appellant.

George Moncharsh, Deputy Adm'r for Enforcement, OPA, of Washington, D. C., Herbert H. Bent, Regional Litigation Atty., OPA, of San Francisco, Cal., and George B. Kautz, Atty., OPA, of Seattle, Wash., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**J. Winfred HUFF, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11340.**

Circuit Court of Appeals, Fifth Circuit.

Jan. 7, 1946.

Lawrence S. Camp, of Atlanta, Ga., and S. B. Wallace, of Griffin, Ga., for appellant.

M. Neil Andrews, U. S. Atty., and Jas. T. Manning, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

No motion for instructed verdict was made, but we have examined the evidence and think it supports the verdict.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Louis S. MARCHES, Doing Business as Marches of Hollywood, Respondent.**

**No. 11174.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 14, 1945.

A. Norman Somers, Asst. Gen. Counsel, NLRB, of Washington, D. C., for petitioner.

Mitchell & Gold, of Los Angeles, Cal., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the petition of the NLRB, herein, filed November 5, 1945, for enforcement of its order herein of October 26, 1945, and it appearing from the record filed in connection with such petition, and the files of this Court, that counsel for respondent has consented to entry of such a decree, and that an order to show cause was issued and served upon respondent to which no reply has been made and the time for filing such reply has expired, and good cause therefor appearing, it is ordered that the petition be, and hereby is granted, and that a decree enforcing said order of the NLRB herein be forthwith filed and entered, and a certified copy thereof forwarded to the respective parties.